IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    12-cv-00275-WYD-CBS

DONALD PAGE,

    Plaintiff,

v.

ASSET ACCEPTANCE, L.L.C.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Motion to Dismiss [ECF No. 14], filed March 18, 2012.   After carefully reviewing the above-captioned case, I find that the motion should be **GRANTED** and this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Plaintiff's Motion to Dismiss [ECF No. 14], filed March 18, 2012 is **GRANTED** and Plaintiff's notice of voluntary dismissal with prejudice is **APPROVED**. In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

DATED:   March 19, 2012.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE